# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2007

Clifford W. Taylor,
Chief Justice

132720

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
PEOPLE OF THE STATE OF MICHIGAN,
Robert P. Young, Jr.
    Plaintiff-Appellee,
Stephen J. Markman,
Justices

v

SC: 132720
COA: 261045
Crawford CC: 04-002176-FC

KELLY JO PRATT,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk

s0319